MORGAN LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:     (213) 612-2500
Fax:     (213) 612-2501

Attorneys for Appellants,
Exelon Corporation and AV Solar Ranch 1, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EXELON CORPORATION, ET AL., | Case No. 4:19-cv-03641-HSG |
| Appellants, | **ORDER ON STIPULATION TO ORDER SUSPENDING BRIEFING PENDING DECISION ON MOTION FOR DIRECT APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS** |
| v. | |
| PG&E CORPORATION, ET AL., | |
| Appellees. | [No hearing required] |
| | Judge:  The Hon. Haywood S. Gilliam, Jr. |

The parties having stipulated thereto, and good cause appearing therefore,

IT IS ORDERED THAT this Court's initial scheduling order is hereby vacated pending a decision by the Ninth Circuit Court of Appeals on Appellant's petition for a direct appeal to that Court.  In the event that Appellant's petition for a direct appeal is denied, the Court will set a new briefing schedule following its receipt of the notice required by this Court's order of July 19, 2019.

**IT IS SO ORDERED.**

Dated:  August 31, 2019

Haywood S. Gilliam, Jr.
United States District Judge